**Order entered March 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00035-CV

**ALPHA WEALTH MANAGEMENT GROUP, INC., DANNY LENARD AND ALL OTHERS, Appellants**

**V.**

**DONG YAN FENG, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02855-2017**

## ORDER

Before the Court is deputy county clerk Linda Patrizio's March 6, 2018 request for an extension of time to file the clerk's record. Ms. Patrizio explains the extension is necessary because appellant has not paid for the record or filed an affidavit of inability to pay.

A trial court clerk is not responsible for filing the record unless the party who must pay for the preparation of the clerk's record has paid or made arrangements to pay the fee or is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3(a). Accordingly, we **GRANT** the extension to the extent we **ORDER** appellants to file, no later than **March 19, 2018** written verification they have paid or made arrangements to pay for the record or are entitled to proceed

without payment of costs.  *See id*.  We caution appellants that failure to comply may result in the dismissal of the appeal without further notice.  *See* TEX. R. APP. P. 37.3(b).

/s/     DAVID EVANS
         JUSTICE